UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:05CR58(SRU) |
| | : | |
| v. | : | May 13, 2006 |
| | : | |
| JOSE LUIS RODRIGUEZ, | : | |
| ARCADIO RAMIREZ, and | : | |
| WARREN HAWKINS | : | |

## **GOVERNMENT'S MOTION FOR RECONSIDERATION**

By way of this motion and pursuant to Local Rule 9(e), the government respectfully requests that the Court reconsider the ruling it issued on May 9, 2006 granting the defendants' Motions for Bills of Particular.

As set forth in the attached supporting memorandum, the government submits that the Court's ruling is an error of law and fact. The government respectfully requests that the Court adhere to the controlling authority, reconsider its ruling and deny the

1

defendants' Motions for Bills of Particular.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ALINA P. REYNOLDS
ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. CT14968
UNITED STATES ATTORNEY'S
OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000


HAROLD CHEN
ASSISTANT U. S. ATTORNEY

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was provided via hand delivery to:

Counsel for Jose Luis Rodriguez,
Counsel for Arcadio Ramirez and
Counsel for Warren Hawkins


_____
Alina P. Reynolds